COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-16-00219-CV

Style:     In the Interest of B.L.R.

Date motion filed[*]:     February 14, 2018

Type of motion:     Motion for Withdrawal of Counsel

Party filing motion:     Appellant's Counsel William B. Connolly

Document to be filed:     Notice to Pro Se Appellant

Is appeal accelerated?     No.

Ordered that motion is:
    ☑ Granted
        If document is to be filed, document due:  March 9, 2018.
    ☐ Denied
    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
    ☑ Other: _____

Appellant's counsel's motion to withdraw is **granted** because it complies with Rule 6.5 and was served on appellant over 10 days ago with no response filed in this Court. *See* TEX. R. APP. P. 6.5(a), (b), 10.1(a)(5), 10.3(a).  Accordingly, the Clerk of this Court is directed to remove William B. Connolly as counsel for appellant.  Mr. Connolly is ordered to comply with his notification obligations by sending a copy of this Order and the notice required under Rule 6.5(c) to the pro se appellant and by filing a copy of the notice with the Clerk of this Court within ten days of this order. *See id.* 6.5(c).

Judge's signature: /s/ Laura C. Higley
                ☑ Acting individually    ☐ Acting for the Court

Date:  February 27, 2018

November 7, 2008 Revision